USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CLEAR BLUE INSURANCE COMPANY, CLEAR
BLUE SPECIALTY INSURANCE COMPANY,
HIGHLANDER SPECIALTY INSURANCE COMPANY,
and ROCK RIDGE INSURANCE COMPANY

                        Plaintiffs,

         - against -

CHINA CONSTRUCTION BANK CORPORATION,
CHINA CONSTRUCTION BANK NEW YORK BRANCH
and CHINA CONSTRUCTION BANK (ASIA)
CORPORATION LIMITED,

                        Defendants.

**24-cv-9247 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    On December 5, 2024, Plaintiffs Clear Blue Insurance Company, Clear Blue Specialty Insurance Company, Highlander Specialty Insurance Company, and Rock Ridge Insurance Company (collectively, the "Clear Blue Plaintiffs") filed this action against Defendants China Construction Bank Corporation, China Construction Bank New York Branch, and China Construction Bank (Asia) Corporation Limited (collectively, the "Defendants"). (See Dkt. No. 1.)

    Following an initial exchange of pre-motion letters regarding Defendants' anticipated motion to dismiss, the Clear Blue Plaintiffs filed an Amended Complaint. (See Dkt. No. 36.) The parties have now completed their second round of

pre-motion letter submissions relating to the Amended Complaint. (See Dkt. Nos. 40–44.)

Motions to dismiss remain pending in two related, consolidated actions: *Homeowners of America Insurance et al. v. China Construction Bank Corp. et al.* (the "Homeowners Action") and *Incline Casualty Insurance et al. v. China Construction Bank Corp. et al.* (the "Incline Action"). (See Dkt. Nos. 75, 78, 91, 92.) Given the overlap in factual allegations and legal arguments raised in those motions and those anticipated in Defendants' forthcoming motion to dismiss in this action, the Court directs the parties to advise within fourteen (14) days whether they object to pretrial consolidation of this case with the Homeowners and Incline Actions.

If the parties do not oppose consolidation, they should also indicate whether they consent to deferring the submission of a proposed briefing schedule for Defendants' motion to dismiss until thirty (30) days after the Court issues its decisions in the Homeowners and Incline Actions. If the parties agree to defer, they are further directed to submit a proposed stipulation that (1) provides for deferring submission of the proposed briefing schedule, and (2) states that, following the Court's rulings in the Homeowners and Incline actions, the parties will meet and confer regarding

a proposed schedule or whether the Clear Blue Plaintiffs intend to seek leave to further amend their Complaint.

**SO ORDERED.**

Dated:    2 July 2025
          New York, New York

_____
                Victor Marrero
                     U.S.D.J.