**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/17/2025
```

CLEAR BLUE INSURANCE COMPANY, CLEAR
BLUE SPECIALTY INSURANCE COMPANY,
HIGHLANDER SPECIALTY INSURANCE COMPANY,
and ROCK RIDGE INSURANCE COMPANY,

       Plaintiffs,

  - against -

CHINA CONSTRUCTION BANK CORPORATION,
CHINA CONSTRUCTION BANK NEW YORK
BRANCH, and CHINA CONSTRUCTION BANK
(ASIA) CORPORATION LIMTIED,

       Defendants.

**24 Civ. 9247 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  The Clerk of Court is hereby respectfully **ORDERED** to consolidate the above-captioned case with <u>In re China Construction Bank Corp.</u>, 24-cv-3591. These three consolidated actions shall be coordinated to the extent practicable with another under one docket for purposes of discovery and pretrial proceedings to promote efficiency in managing and litigating the cases. The consolidated docket shall continue to be maintained under Case No. 24-cv-3591, the docket number assigned to the first-filed case. All future filings in the above-captioned action must bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re China Construction Bank Corp.**<br><br>This Document Relates To:<br><br>CLEAR BLUE INSURANCE COMPANY, CLEAR BLUE SPECIALTY INSURANCE COMPANY, HIGHLANDER SPECIALTY INSURANCE COMPANY, and ROCK RIDGE INSURANCE COMPANY,<br><br>                        Plaintiffs,<br><br>                - against -<br><br>CHINA CONSTRUCTION BANK CORPORATION, CHINA CONSTRUCTION BANK NEW YORK BRANCH, and CHINA CONSTRUCTION BANK (ASIA) CORPORATION LIMTIED,<br><br>                        Defendants. | 24 Civ. 3591 (VM) |

    When a pleading or other court filing is intended to apply to both pending actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading or other court paper is intended to apply to only one of the pending actions, the party filing the document shall indicate the action to which the document is intended to apply.

    The master docket sheet entry will reflect the fact that any particular filing relates to one or more, but less than all, of the plaintiffs. It is the obligation of counsel for

2

the party undertaking such a filing to ensure that any orders entered pursuant to such a filing reflect this limitation.

**SO ORDERED.**

Dated:  17 July 2025
        New York, New York

                                    _____
                                       Victor Marrero
                                          U.S.D.J.